# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BRIAN McCALL SNOW<br>(AIS # 228680),<br><br> Plaintiff,<br><br>vs.<br><br>SAM COCHRAN,<br><br> Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 13-0464-CG-C<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Brain McCall Snow's action is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 14th day of July, 2014.

          /s/ Callie V. S. Granade
          UNITED STATES DISTRICT JUDGE